1  EILEEN M. DECKER
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   GEORGE E. PENCE (Cal. Bar No. 257595)
4  Assistant United States Attorney
   General Crimes Section
5      1200 United States Courthouse
       312 North Spring Street
6      Los Angeles, California 90012
       Telephone: (213) 894-2253
7      Facsimile: (213) 894-0141
       E-mail:    george.pence@usdoj.gov



UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE EXTRADITION OF<br><br>EDGAR ORLANDO CAMELO GRILLO,<br><br>A fugitive from the Government of Columbia. | No. M 16 01621<br><br>[PROPOSED] ORDER GRANTING GOVERNMENT'S REQUEST FOR DETENTION |
|---|---|

Upon consideration of the request of the United States for the detention of fugitive EDGAR ORLANDO CAMELO GRILLO ("Camelo Grillo") pending extradition proceedings, and good cause therefor appearing,

IT IS HEREBY ORDERED that said request is GRANTED, the Court making the following findings of fact and conclusions of law:

1.  In foreign extradition matters there is a presumption against bail and only "special circumstances" will justify release on bail. United States v. Salerno, 878 F.2d 317, 317 (9th Cir. 1989); see also Matter of Smyth, 976 F.2d 1535, 1535-36 (9th Cir. 1992); Kamrin v. United States, 725 F.2d 1225, 1228 (9th Cir. 1984). The burden of showing special circumstances exist rests upon the fugitive. See, e.g., Salerno, 878 F.2d at 317-18. Here, the Court finds that no such "special circumstances" exist.

2. The government alternatively requests detention on the grounds that Camelo Grillo presents an unacceptable risk of (a) flight and (b) danger to the community, even if the Court were to find that special circumstances are present.

The Court hereby finds no combination of conditions that will reasonably assure:

    a.  ( ) the appearance of defendant as required; and/or

    b.  ( ) the safety of any person or the community

_____

_____

_____

_____

_____

IT IS SO ORDERED.

**ALEXANDER F. MacKINNON**

_____    _____
DATE                                           HONORABLE ALEXANDER F. MACKINNON
                                                         UNITED STATES MAGISTRATE JUDGE

Presented by:

   /s/
_____
GEORGE E. PENCE
Assistant United States Attorney